FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

JAN 24  PM 3:55

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; GEORGE THOROGOOD d/b/a DEL SOUND MUSIC; ROBERT KEITH MCFERRIN, JR. d/b/a PROBNOBLEM MUSIC; YVONNE GIBB AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MAURICE ERNEST GIBB and ROBIN GIBB, a partnership d/b/a GIBB BROTHERS MUSIC; BARRY ALAN GIBB, an individual d/b/a CROMPTON SONGS; NIGHT GARDEN MUSIC, a division of R.E.M./ATHENS, LTD.; EMI BLACKWOOD MUSIC, INC.; COUNTING CROWS, LLC d/b/a JONES FALLS MUSIC; SONY/ATV SONGS LLC; GLAD MUSIC CO.; JERRY JEFF WALKER, an individual d/b/a GROPER MUSIC; CHRISTOPHER DAVID WALL, an individual d/b/a RHYTHM WRANGLER MUSIC; PHILLIP WAYNE BARNHART d/b/a SUFFER IN SILENCE MUSIC; SAMUEL HARPER HOGIN d/b/a SAMS JAMMIN SONGS; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; ANTHONY L. RAY, an individual d/b/a MIX-A-LOT PUBLISHING, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; SONGS OF UNIVERSAL, INC.; GARY STEFAN HARRISON, an individual d/b/a GEORGIAN HILLS MUSIC, | CIVIL ACTION NO.: 3:06cv 39-H<br><br>COMPLAINT |
| Plaintiffs, | |
| v. | |
| JOMOCA ENTERPRISES, INC. d/b/a NEW DIRECTION BAR & GRILLE, CATHERINE MILLER, MOHAMED KUSSEN and JOHN MILLER, each individually, | |
| Defendants. | |

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 4.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other Plaintiffs are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a). Pursuant to FED. R. CIV. P. 7.1, two copies of Plaintiffs' Disclosure Statement are attached as Exhibit A.

5. Upon information and belief, Defendant Jomoca Enterprises, Inc. is a corporation organized and existing under the laws of the state of Kentucky, which operates, maintains and controls an establishment known as New Direction Bar & Grille, located at 2630 Chamberlain Lane, Louisville, Kentucky 40245, in this district. In connection with the operation of this

business, Defendant Jomoca Enterprises, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

6. Upon information and belief, Defendant Catherine Miller is an officer of Defendant Jomoca Enterprises, Inc. with primary responsibility for the operation and management of that corporation and the establishment.

7. Upon information and belief, Defendant Catherine Miller has the right and ability to supervise the activities of Defendant Jomoca Enterprises, Inc. and a direct financial interest in that corporation and the establishment.

8. Upon information and belief, Defendant Mohamed Kussen is an officer of Defendant Jomoca Enterprises, Inc. with primary responsibility for the operation and management of that corporation and the establishment.

9. Upon information and belief, Defendant Mohamed Kussen has the right and ability to supervise the activities of Defendant Jomoca Enterprises, Inc. and a direct financial interest in that corporation and the establishment.

10. Upon information and belief, Defendant John Miller is an officer of Defendant Jomoca Enterprises, Inc. with primary responsibility for the operation and management of that corporation and the establishment.

11. Upon information and belief, Defendant John Miller has the right and ability to supervise the activities of Defendant Jomoca Enterprises, Inc. and a direct financial interest in that corporation and the establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

12. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 11.

13. Plaintiffs allege ten (10) claims of copyright infringement, based upon Defendants unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

14. Annexed as Exhibit B is the Schedule which is incorporated herein and contains a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the ten (10) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying New Direction Bar & Grille where the infringement occurred (all references to "Lines" are to lines on the Schedule).

15. Each of the musical compositions identified on the Schedule, Line 2, was created by the persons named on Line 3.

4

16. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

17. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

18. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed on the premises of New Direction Bar & Grille without a license or permission to do so. Thus, Defendants have committed copyright infringement.

19. Defendants performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from Plaintiff BMI that the performance on the premises of New Direction Bar & Grille, without permission from the copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

20. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at New Direction Bar & Grille, Defendants threaten to continue committing copyright infringement.

Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs pray that:

(A) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(B) Defendants be ordered to pay statutory damages per claim of infringement, pursuant to 17 U.S.C. Section 504(c);

(C) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(D) That Plaintiffs have such other and further relief as is just and equitable.

Dated: January 24, 2006.

Respectfully submitted,

_____
Melissa Norman Bork
James W. Herr
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 589-4200
Facsimile: (502) 587-3695

COUNSEL FOR PLAINTIFFS, BROADCAST MUSIC, INC., ET AL.