UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| -------------------------------------------- ) | | |
| BROADCAST MUSIC, INC., et al. ) | | |
| ) | | |
| Plaintiffs, ) | | CIVIL ACTION NO.: |
| ) | | 3:06-CV-39-H |
| v. ) | | |
| ) | | |
| JOMOCA ENTERPRISES, INC., et al. ) | | |
| ) | | |
| Defendants. ) | | |
| -------------------------------------------- ) | | |

## AGREED ORDER

Upon agreement of the parties, in order to finalize a settlement agreement with the parties willing to execute same, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiffs' claims against New Directions Bar & Grille, Catherine Miller, individually and Mohammed Kussen, individually, are hereby dismissed with prejudice.

**ENTERED** this _____ day of _____, 2007.

_____
JUDGE, United States District Court
Western District of Kentucky

**BY AGREEMENT:**

| | |
|---|---|
| /s/ Mark R. Bush (w/ permission) | /s/James W. Herr |
| Mark R. Bush, Esq. | Melissa Norman Bork, Esq. |
| Reminger & Reminger Co., LP. | James W. Herr, Esq. |
| 7430 U.S. 42, Suite 218 | Greenebaum Doll & McDonald PLLC |
| Florence, KY 41042 | 3500 National City Tower |
| One Riverfront Plaza, Suite 1950 | 101 South Fifth Street |
| (859) 643-1311 | (502) 589-4200 |
| **Counsel for Defendants** | **Counsel for Plaintiffs** |

#1534743v1_lou_ - bmi v. jomoca--agreed order dismissing without prejudice as to miller and muhammad.doc